UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Todd Graham, et al., | : | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s), | : | CASE NO. 1:16CV2366 |
| v. | : | **AMENDED** <u>CASE MANAGEMENT ORDER</u> |
| Richard Fearon, et al., | : | |
| Defendant(s). | : | |

A Case Management Conference was held in this matter on __**11/22/16**__. The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the expedited/standard/**complex**/administrative/mass tort case management track.

2. ____ This case **is** suitable **now** for **Mediation**.

   __**X**__ This case **is not** suitable for ADR at this time but may be after some discovery.

   ____ This case **is not** suitable for ADR at any time.

3. The parties do/ **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

4. **ERISA Non-Expert Discovery** shall be completed on or before __**7/01/17**__. **All other discovery is stayed at this time**. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to the case management track referred to in item no. 1 above. Discovery disputes shall be referred to this Court by way of motion, only after counsel for the party seeking the disputed discovery has made, and certified to the Court the making of, sincere, good faith efforts to resolve such disputes.

5.  **Expert reports** shall be exchanged on or before _____**N/A**_____/
(*Party with the Burden of Proof*)

\_\_\_\_\_**N/A**\_\_\_\_\_ and **Expert Discovery** shall be completed on or before _____**N/A**\_\_\_\_\_.
(*Rebuttal*)

6.  The **pleadings shall be amended without** leave of Court and new parties shall be joined on or before \_\_\_\_\_**5/15/17**\_\_\_\_\_.

7.  **Dispositive motions** shall be filed on or before **to be set at a later date**. <u>**Defendants' Motion to Dismiss is due 1/06/17.**</u> **The Court will allow up to 40 pages for the Motion to Dismiss and the Brief in Opposition.**

8.  In accordance with Local Rule 7.1, a brief in opposition to a dispositive motion is due thirty (30) days after service of the motion, and a reply brief is due fourteen (14) days after service of the brief in opposition.  No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought *and* it indicates whether opposing counsel consents or objects to the requested extension.

9.  A **Status Conference** is set _____ at _____.  Parties **must** be available by telephone.  Counsel must appear in person unless otherwise ordered by the Court.

10. A **Telephonic Status Conference** is set \_\_\_**4/13/17**\_\_\_ at \_\_\_**9:00 a.m.**\_\_\_.  The Court will initiate the call with attorneys only.  However, the parties **must** be available for immediate contact, if necessary.

11. A **Settlement Conference** is set _____ at _____.  Parties and lead counsel **must** appear in person unless otherwise ordered by the Court.

==**Counsel shall confer within three business days of any scheduled conference to discuss outstanding issues and respective positions as to settlement.  Counsel shall provide to the Court within two business days of the conference, a joint Status Report or confidential individual**==

**Status Reports describing the status of discovery, settlement positions, and issues to be addressed.**

**The Status Report(s) need not be filed, but may be delivered via e-mail at Gaughan_Chambers@ohnd.uscourts.gov or fax at (216) 357-7215.**

                                                /s/ Patricia A. Gaughan
                                                **PATRICIA A. GAUGHAN**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: 11/22/16